**Order entered March 31, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-20-00331-CV

### CITY OF CARROLLTON, Appellant

### V.

### 1533 CRESCENT LLC, Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-09123**

## ORDER

This accelerated appeal follows the trial court's February 27, 2020 order denying the City of Carrollton and Brett King, Building Official of the City, In His Official Capacity's plea to the jurisdiction as to claims brought against them by 1533 Crescent LLC and granting the City and King's plea as to claims brought against them by LRF1 Dallas Logistics 1 LLC ("Longpoint"). Both the City and Longpoint have appealed, but the Court's case management system has designated

Longpoint's appeal as a cross-appeal. The appellate record has been filed, and the City's opening brief is currently due April 12, 2020.

Because Longpoint is not a true cross-appellant, we **SEVER** Longpoint's appeal from this appeal for administrative purposes and assign Longpoint's appeal appellate cause number 05-20-00401-CV. Longpoint's appeal shall be designated as a companion to this appeal and shall be styled LRF1 Dallas Logistics 1 LLC v. City of Carrollton and Brett King, Building Official of the City, In His Official Capacity.

We **DIRECT** the Clerk of the Court to transfer Longpoint's notice of appeal and docketing statement as well as a copy of the appellate record and this order to cause number 05-20-00401-CV.

We **ORDER** appellant's opening brief in each appeal be filed no later than April 20, 2020.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE